UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | 1:14-CR-73-001-HSM/CHS |
| | ) | |
| | ) | |
| ADRIAN LEBRON O'KELLEY | ) | |

## MEMORANDUM AND ORDER

ADRIAN LEBRON O'KELLEY ("Defendant") appeared for a hearing on March 23, 2018, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision ("Petition").

Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant wished to be represented by an attorney and that he qualified for appointed counsel. Federal Defender Services of Eastern Tennessee was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Government moved that Defendant be detained without bail on the Petition pending revocation proceedings with respect to an appropriate disposition of the Petition. Defendant waived his preliminary hearing, but requested a detention hearing and time to prepare for said detention hearing. Based upon the Petition and Defendant's waiver of a preliminary hearing, the Court finds there is probable cause to believe that Defendant has committed violations of his conditions of supervised release as alleged in the Petition.

Accordingly, it is **ORDERED** that:

(1) Counsel for Defendant and the Government shall confer and make best efforts to submit to the District Judge a proposed Agreed Order with respect to an appropriate disposition of the Petition.

(2) In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Petition, they shall request a hearing before the District Judge.

(3) The Government's motion that Defendant be temporarily detained without bail pending revocation proceedings is **GRANTED** and a detention hearing will be held before the undersigned on **Thursday, March 29, 2018, at 10:30a.m.**, and the U.S. Marshal shall transport Defendant to said hearing

SO ORDERED.

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE